UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SCHOLASTIC INC.,                                                        :
:
                 Plaintiff,                          :          23-CV-3485 (JMF)
:
          -v-                                    :          <u>ORDER</u>
:
ST. PAUL FIRE AND MARINE INSURANCE                                      :
COMPANY,                                                                :
:
                 Defendant.                          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 29, Defendant's earlier motion to dismiss filed at Docket No. 17 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **August 2, 2023**.  Defendant's reply, if any, is due by **August 9, 2023**.

       The Clerk of Court is directed to terminate Docket No. 17.

       SO ORDERED.

Dated: July 20, 2023
       New York, New York
                                                         JESSE M. FURMAN
                                                      United States District Judge