UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCHOLASTIC INC.,

                              Plaintiff,                    No. 23-cv-03485-JMF

          -against-                   **DECLARATION OF**
                                                                                  **JOANNE M. ENGELDRUM**

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

                              Defendant.
------------------------------------------------------------------X

      Joanne M. Engeldrum hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

      1.      I am a member of the law firm of Rivkin Radler LLP, attorneys for Defendant, St. Paul Fire and Marine Insurance Company ("Travelers"), and, as such, I am fully familiar with the facts and circumstances herein.

      2.      I submit this declaration in support of Travelers's motion for an Order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure granting Travelers judgment on the pleadings and dismissing with prejudice Plaintiff's Second Amended Complaint in its entirety.

      3.      Annexed hereto as Exhibit "A" is a true and correct copy of Plaintiff's Second Amended Complaint (ECF Doc. Nos. 28 through 28-9) in this action.

      4.      Annexed hereto as Exhibit "B" is a true and correct copy of Travelers's Amended Answer to Plaintiff's Second Amended Complaint (ECF Doc. No. 41) in this action.

      5.      Annexed hereto as Exhibit "C" is a copy of *Women's Integrated Network, Inc. v. U.S. Specialty Ins. Co.*, 2010 U.S. Dist. LEXIS 145818 (S.D.N.Y. Dec. 2, 2010).

      6.      Annexed hereto as Exhibit "D" is a copy of *Evanston Ins. Co. v. Napoli Bern Ripka & Assocs. LLP*, 2019 U.S. Dist. LEXIS 234324 (S.D.N.Y. June 28, 2019).

      7.    Annexed hereto as Exhibit "E" is a copy of *Standard Mut. Ins. Co. v. Lay*, 2014 Ill. App. LEXIS 20, 2 N.E.3d 1253 (Ill. App. 4th Dist. Jan. 23, 2014).

Dated:  Uniondale, New York
         April 30, 2024

                                     *Joanne M. Engeldrum*
                                     Joanne M. Engeldrum, Esq.
                                     RIVKIN RADLER LLP