# EXHIBIT H

| Bates No. | DATE | AUTHOR/ AFFILIATION | ADDRESSE | OTHER RECIPIENTS | DOCUMENT TYPE/DESCRIPTION | BASIS(ES) FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| PRIV00000097-PRIV00000097 | 4/18/2022 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail setting forth confidential communications with counsel in connection with legal advice in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV0000142-PRIV00000150 | 1/11/2022 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self and attached draft documents with counsel comments and edits; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000157-PRIV00000157 | 11/17/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000158-PRIV00000158 | 7/26/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000160-PRIV00000160 | 8/3/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000161-PRIV00000161 | 8/5/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000163-PRIV00000163 | 10/12/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000164-PRIV00000164 | 8/3/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000165-PRIV00000165 | 7/19/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000167-PRIV00000167 | 7/20/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000168-PRIV00000168 | 8/12/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000169-PRIV00000169 | 10/19/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000170-PRIV00000170 | 8/5/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage liitigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000171-PRIV00000171 | 11/11/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000172-PRIV00000172 | 8/12/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000173-PRIV00000173 | 8/10/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000174-PRIV00000174 | 7/26/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | Post-disclaimer e-mail to self setting forth discussions with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement and action plan in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| PRIV00000229-PRIV00000230 | 4/18/2022 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail forwarding e-mail from counsel and attached draft letter from counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation and attorney work product; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000239-PRIV00000239 | 1/5/2022 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000264-PRIV00000264 | 9/27/2021 | Newkirk, Christopher D/Travelers | Varca, Nancy C | | Post-disclaimer internal communication forwarding e-mail to counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |

| Bates No. | DATE | AUTHOR/ AFFILIATION | ADDRESSE | OTHER RECIPIENTS | DOCUMENT TYPE/DESCRIPTION | BASIS(ES) FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| PRIV00000281-PRIV00000281 | 11/9/2021 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-dislcaimer internal e-mail discussing confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Porduct; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000285-PRIV00000285 | 1/18/2022 | Travelers Legal Services | Newkirk, Christopher D | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000312-PRIV00000312 | 4/18/2022 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail discussing confidential communications with counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000313-PRIV00000313 | 4/18/2022 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail discussing confidential communications with counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000314-PRIV00000314 | 4/18/2022 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail discussing confidential communications with counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000315-PRIV00000315 | 4/18/2022 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail discussing confidential communications with counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation; Scholastic v. Travelers | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000373-PRIV00000373 | 5/7/2021 | Butler Clark, Jineki C/Travelers | Newkirk, Christopher D | | Internal e-mail forwarding e-mail from counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000375-PRIV00000375 | 9/20/2021 | Johnson, Karen I/Travelers | Newkirk, Christopher D; Fausey, Joy K | | Post-disclaimer internal e-mail; confidential communications regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000376-PRIV00000376 | 9/20/2021 | Newkirk, Christopher D/Travelers | Johnson, Karen I; Fausey, Joy K | | Post-disclaimer internal e-mail; confidential communications regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000377-PRIV00000377 | 9/20/2021 | Johnson, Karen I/Travelers | Newkirk, Christopher D; Fausey, Joy K | | Post-disclaimer internal e-mail; confidential communications regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000411-PRIV00000411 | 2/7/2022 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail regarding confidential communications with counsel; confidential communications in connection with legal advise in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000412-PRIV00000412 | 2/7/2022 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail regarding confidential communications with counsel; confidential communications in connection with legal advise in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000413-PRIV00000413 | 2/7/2022 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail regarding confidential communications with counsel; confidential communications in connection with legal advice in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000426-PRIV00000426 | 1/6/2022 | Myers, Lori D/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000500-PRIV00000500 | 1/4/2022 | Butler Clark, Jineki C/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000504-PRIV00000504 | 1/4/2022 | Butler Clark, Jineki C/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000506-PRIV00000506 | 1/4/2022 | Newkirk, Christopher D/Travelers | Butler Clark, Jineki C | | Post-disclaimer internal e-mail regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000508-PRIV00000508 | 1/5/2022 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticpation of litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000516-PRIV00000516 | 12/14/2021 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidentital communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000519-PRIV00000519 | 12/14/2021 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidentital communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000520-PRIV00000520 | 12/14/2021 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidentital communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000522-PRIV00000522 | 12/14/2021 | Newkirk, Christopher D/Travelers | Fausey, Joy K | | Post-disclaimer internal e-mail forwarding e-mail from counsel; confidentital communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000554-PRIV00000554 | 6/28/2021 | Fausey, Joy K/Travelers | Newkirk, Christopher D | | Internal e-mail forwarding e-mail with counsel; confidential communications with counsel in connection with legal advise regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000675-PRIV00000675 | 7/2/2021 | Newkirk, Christopher D/Travelers | Newkirk, Christopher D | | E-mail to self regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000775-PRIV00000775 | 3/26/2021 | Newkirk, Christopher D/Travelers | Schreier, Elise C | Carol Nicolette, Esq.; Johnson, Karen I | E-mail to counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |

| Bates No. | DATE | AUTHOR/ AFFILIATION | ADDRESSE | OTHER RECIPIENTS | DOCUMENT TYPE/DESCRIPTION | BASIS(ES) FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| PRIV00000776-PRIV00000776 | 5/19/2021 | Carol Nicolette, Esq./Travelers | Newkirk, Christopher D | Carol Nicolette, Esq. | E-mail from counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000778-PRIV00000778 | 7/19/2021 | Carol Nicolette, Esq./Travelers | Newkirk, Christopher D | | Draft letter with attorney comments and edits; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action and attorney work product | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000779-PRIV00000779 | 6/29/2021 | Carol Nicolette, Esq./Travelers | Newkirk, Christopher D | | Draft letter with attorney comments and edits; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action and attorney work product | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000780-PRIV00000780 | 9/20/2021 | Newkirk, Christopher D/Travelers | Carol Nicolette, Esq.; Butler Clark, Jineki C | Johnson, Karen I; Fausey, Joy K; Newkirk, Christopher D | Post-disclaimer e-mail to/from counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000781-PRIV00000781 | 10/15/2021 | Carol Nicolette, Esq./Travelers | Newkirk, Christopher D | | Draft letter with attorney comments and edits; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action and attorney work product | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| PRIV00000782-PRIV00000782 | 12/9/2020 | Carol Nicolette, Esq./Travelers | Newkirk, Christopher D | Carol Nicolette, Esq. | E-mail to counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| PRIV00000783-PRIV00000783 | 7/7/2021 | Carol Nicolette, Esq./Travelers | Newkirk, Christopher D | Carol Nicolette, Esq.; Butler Clark, Jineki C; Johnson, Karen I; Fausey, Joy K | E-mail to counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; |
| TRAV00002975-TRAV00002977 | 1/2022-11/2022 | Newkirk, Christopher D/Travelers | | | Post-disclaimer internal claim reflecting confidential communications with counsel in anticipation of coverage litigation; confidential communications with counsel in connection with legal advice regarding mediation with Scholastic in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| TRAV00002977 | 12/14-16/2021 | Newkirk, Christopher D/Travelers | | | Post-disclaimer internal claim note regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding expert consultant in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| TRAV00002977 | 10/20-11/18/2021 | Newkirk, Christopher D/Travelers | | | Post-disclaimer internal claim note regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| TRAV00002977-TRAV00002978 | 10/5-12/2021 | Newkirk, Christopher D/Travelers | | | Post-disclaimer internal claim note regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| TRAV00002978-TRAV00002979 | 9/22-23/2021 | Newkirk, Christopher D/Travelers | | | Post-disclaimer internal claim note regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action and expert consultant in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| TRAV00002979-TRAV00002980 | 8/12/2021 | Newkirk, Christopher D/Travelers | | | Post-disclaimer internal claim note regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt settlement in anticipation of coverage litigation | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product; Communications in Anticipation of Litigation; Material Prepared in Anticipation of Litigation |
| TRAV00002980-TRAV00002981 | 6/30/2021 | Newkirk, Christopher D/Travelers | | | Internal claim note summarizing confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| TRAV00002981-TRAV00002982 | 5/7-25/2021 | Newkirk, Christopher D/Travelers | | | Internal claim note summarizing confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| TRAV00002983 | 4/14/2021 | Newkirk, Christopher D/Travelers | | | Internal claim note summarizing confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| TRAV00002984 | 12/3/2020 | Newkirk, Christopher D/Travelers | | | Internal claim note summarizing confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |
| TRAV00002984 | 11/24/2020 | Newkirk, Christopher D/Travelers | | | Internal claim note regarding confidential communications with counsel; confidential communications with counsel in connection with legal advice regarding Vanderbilt Action | Attorney-Client Communications; Attorney-Client Privilege; Attorney Work Product |