UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SCHOLASTIC, INC.,                                                 :
:
:
Plaintiff,                                                        :
:          23-CV-3485 (JMF)
-v-                                                               :
:                ORDER
:
ST. PAUL FIRE AND MARINE INSURANCE                                :
COMPANY,                                                          :
:
Defendant.                                                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- The parties shall complete expert discovery no later than **October 23, 2024**. The parties should agree upon and may adjust any interim deadlines without leave of court. Given the generous amount of time that the parties have been granted, they should not expect any extensions of the deadline to *complete* expert discovery.

- The parties shall appear for a conference with the Court on **October 31, 2024** at **4:00 p.m.** They should be prepared to discuss whether they would benefit from the supervision of a mediator or the assigned Magistrate Judge in discussing settlement and whether they intend to move for summary judgment. If both parties plan to move for summary judgment, the parties should be prepared to propose a briefing schedule that avoids unnecessary and duplicative briefing.

SO ORDERED.

Dated: July 2, 2024
       New York, New York                    _____
                                                    JESSE M. FURMAN
                                                 United States District Judge