UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SCHOLASTIC, INC., :
:
Plaintiff, :
: 23-CV-3485 (JMF)
-v- :
: ORDER
:
ST. PAUL FIRE AND MARINE INSURANCE :
COMPANY, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today, unless and until the Court orders otherwise:

- The summary judgment and *Daubert* motion briefing schedule proposed by parties, *see* ECF No. 92, is hereby adopted.

- Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion shall not exceed 40 pages.

- Defendant's Opposition to Plaintiff's Cross-Motion and Reply in Support of its Motion for Summary Judgment shall not exceed 30 pages.

- Each party shall file its *Daubert* motions in the form of a single consolidated memorandum of law not to exceed 25 pages.

SO ORDERED.

Dated: October 31, 2024
       New York, New York
                                            _____
                                            JESSE M. FURMAN
                                            United States District Judge