UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCHOLASTIC INC.<br><br>                    Plaintiff,<br><br>    vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 1:23-cv-03485-JMF<br><br>**[PROPOSED] ORDER AND FINAL JUDGMENT** |

**THIS MATTER** having come before the Court by Plaintiff Scholastic Inc.'s ("Scholastic") and Defendant St. Paul Fire and Marine Insurance Company's ("Travelers") cross-motions for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure (the "Cross-Motions"); and the Court having considered the papers submitted in support of and in opposition to the Cross-Motions; and for good cause shown, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Cross-Motions are both **GRANTED** in part, and **DENIED** in part.

**ORDERED, ADJUDGED, and DECREED** that Travelers must reimburse Scholastic for all the outstanding defense costs and settlement amounts Scholastic incurred in connection with the litigation styled *Vanderbilt University v. Scholastic, Inc., et al*, Civil Action No. 3:18-cv-0046, plus pre- and post-judgment interest pursuant to CPLR §§ 5001-5004.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Scholastic is hereby awarded a money judgment against Travelers in the sum of (i) $14,254,283.74; (ii) plus the statutory pre-judgment interest of nine (9) per centum per annum on the amount of $14,254,283.74, pursuant to CPLR §§ 5001, 5004, to be computed from August 26, 2021[1] through the date of judgment, in the amount of $ 5,244,014.30 ; and (iii) plus the post-judgment interest at the federal rate under 28 U.S.C. § 1961 on the amount of $14,254,283.74, pursuant to CPLR § 5002, to be computed from the date of judgment until payment.  For a total money judgment against Travelers, including pre-judgment interest to the date of entry of this Judgment, in the amount of $ 19,498,298.04 , plus post-judgment interest.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all remaining claims in this action are hereby **DISMISSED** with prejudice.

---

[1] August 26, 2021 is the date upon which the underlying AIG Policy exhausted, and triggered Travelers' obligation to cover Scholastic.

This constitutes the Order and Final Judgment of the Court.

**IT IS SO ORDERED AND ENTERED:**

_____
**HON. JESSE M. FURMAN**
**United States District Judge**

Judgment entered this  25   day of  September , 2025

_____
**Clerk**