IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SCHOLASTIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:23-cv-3485-JMF |
| | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S MOTION TO APPROVE BOND AND STAY PROCEEDINGS TO ENFORCE JUDGMENT**

Pursuant to Rule 62(b), Fed. R. Civ. P., Defendant St. Paul Fire and Marine Insurance Company ("Travelers") hereby moves this Court to enter an Order (i) approving bond in the amount of $21,643,110.82, which is 111% of the money judgment against Travelers in the amount of $19,498,298.04, and (ii) staying proceedings to enforce the Order and Final Judgment entered against Travelers on September 25, 2025 [D.E. 184] pending disposition of Travelers' appeal of the Order and Final Judgment.

In support thereof, Travelers states as follows:

1. On September 25, 2025, the Court entered an Order and Final Judgment in favor of Scholastic, Inc. ("Scholastic"), and against Travelers in the total amount of $19,498,298.04 plus post-judgment interest. [D.E. 184].

2. On October 9, 2025, Travelers filed a Notice of Appeal of the Order and Final Judgment. [D.E. 185].

3. Rule 62(b), Fed. R. Civ. P., provides: "At any time after judgment is entered, a party may obtain a stay by providing a bond or other security. The stay takes effect when the court

approves the bond or other security and remains in effect for the time specified in the bond or other security."

4. Pursuant to Rule 62(b), Travelers hereby requests that the Court approve the bond in the amount of $21,643,110.82 and stay execution of the Order and Final Judgment pending disposition of Travelers' appeal of the Order and Final Judgment.

5. Undersigned counsel has conferred with counsel for Scholastic and is authorized to state that Scholastic is in agreement with the amount of the bond.

## CONCLUSION

For the foregoing reasons, the Court should grant this motion, approve the bond in the amount of $21,643,110.82, and stay proceedings to enforce the Order and Final Judgment pending disposition of Travelers' appeal of the Order and Final Judgment.

Respectfully submitted,

*/s/ Joanne M. Engeldrum*
Joanne M. Engeldrum, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY  11556-0926
(516) 357-3000
Joanne.engeldrum@rivkin.com

*Attorneys for Defendant St. Paul Fire and Marine Insurance Company*

## CERTIFICATE OF CONFERENCE

Undersigned counsel for Travelers conferred with counsel for Scholastic regarding the relief requested herein and is authorized to represent that Scholastic is in agreement with the amount of the bond.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties and counsel of record.

>*/s/ Joanne M. Engeldrum*
>Joanne M. Engeldrum, Esq.

4938-6884-8241, v. 1

The Defendant's Motion for approval of bond in the amount of $21,643,110.82 and to stay the execution of the Court's September 25, 2025 monetary judgment is hereby GRANTED as unopposed. Accordingly, execution on the judgment as well as any proceedings to enforce it are STAYED. The stay shall remain in effect until fourteen days after the Court of Appeals resolves the appeal in this case.

The Clerk of Court is directed to terminate ECF No. 186.

SO ORDERED.

October 10, 2025